UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 18, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN ALBERTO MURIA-PALACIOS,

Defendant.

Case No.  2:21CR00023-JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release   JUAN ALBERTO MURIA-PALACIOS ,

Case No.  2:21CR00023-JAM  Charge 8USC § 1326, from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

   x      Unsecured Appearance Bond $    25,000

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

   X      (Other): Pretrial conditions as stated on the record.

**The defendant's release is delayed until 2/19/2021 at 9:00 a.m.**

Issued at Sacramento, California on February 18, 2021 at 2:00 pm

By: _____

Magistrate Judge Allison Claire