HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JUAN ALBERTO MURIA-PALACIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-00023-JAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF RELEASE** |
| vs. | |
| JUAN ALBERTO MURIA-PALACIOS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Sam Stefanki, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for defendant Juan Alberto Muria-Palacios, that the conditions of release be modified as follows: Mr. Muria-Palacios's Special Conditions of Release #15, ("HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf"), shall be removed from the conditions. The condition will be replaced with a new special condition to read as follows:

- **15. CURFEW:** You must remain inside your residence every day from **10:00 PM to 6:00 AM**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions are to remain as previously ordered.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

## AMENDED SPECIAL CONDITIONS OF RELEASE

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Your release on bond is delayed until February 19, 2021, at 9:00 am;

3. You must report by telephone to the Pretrial Services Agency immediately following your release from custody;

4. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. You must cooperate in the collection of a DNA sample;

6. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

7. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

8. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

9. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You must not associate or have any contact with any known gang members (Sureno or any other gang) unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

12. Following your release from custody, you must complete a 14-day quarantine period at your residence. During this 14-day quarantine period, you must remain inside your residence at all times except for medical needs preapproved by the Pretrial Services Officer. You must comply with any and all telephonic and virtual (video) reporting instructions given to you by the Pretrial Services office;

13. Following the 14-day quarantine period, you must attempt to obtain a COVID-19 test with a medical provider at a location approved by the Pretrial Services Officer, and you must report the results of your COVID-19 test to Pretrial Services immediately upon receipt;

14. Upon completion of the 14-day quarantine period and after you have submitted a negative COVID-19 test result to Pretrial Services, you must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; and

15. **CURFEW: You must remain inside your residence every day from <u>10:00 PM to 6:00 AM</u>, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.**

//
//
//
//

To date, Mr. Muria-Palacios has been fully compliant with all of his Pretrial Services Conditions. Pretrial Service Officer Darryl Walker and Assistant United States Attorney Sam Stefanki concur with the conditions listed above. All other conditions are to remain as ordered.

Dated: March 8, 2021                                     Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ Douglas Beevers*
                                                  DOUGLAS BEEVERS
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  JUAN ALBERTO MURIA-PALACIOS


Dated: March 8, 2021                                     PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                                  */s/ Sam Stefanki*
                                                  SAM STEFANKI
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that Mr. JUAN ALBERTO MURIA-PALACIOS's confinement and curfew conditions are modified as listed above. All other conditions of release are to remain as previously ordered.

DATED: March __8__, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE