PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ALBERTO MURIA-PALACIOS,<br><br>Defendant. | CASE NO. 2:21-CR-00023-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 23, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on March 23, 2021.

2.  By this stipulation, the defendant now moves to continue the status conference until May 25, 2021, and to exclude time between March 23, 2021, and May 25, 2021, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has previously produced to defense counsel discovery associated with this case that includes over 400 pages of documents, as well as audio files.

    b)  Counsel for the defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, review discovery, prepare pretrial motions, and otherwise prepare for trial.

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 23, 2021 to May 25, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  March 17, 2021         PHILLIP A. TALBERT
                  Acting United States Attorney

                  /s/ SAM STEFANKI
                  SAM STEFANKI
                  Assistant United States Attorney

Dated:  March 17, 2021         /s/ DOUGLAS BEEVERS
                  DOUGLAS BEEVERS
                  Counsel for Defendant
                  JUAN ALBERTO MURIA-PALACIOS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 18th day of March, 2021.

/s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE