HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
JUAN MURIA-PALACIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-cr-00023-JAM |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER TO MODIFY |
| vs. | ) SPECIAL CONDITIONS OF RELEASE |
|  | ) |
| JUAN MURIA-PALACIOS | ) |
|  | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Douglas Beevers, counsel for Mr. Muria-Palacios, that Conditions #12 through #15 on Mr. Muria-Palacio's special conditions of release be dropped from the conditions of release.

Mr. Muria-Palacios was released on February 19, 2021 following his Detention Hearing. See Dkt. 18.  Since that time he has been supervised by the Pretrial Services Office in the Eastern District of California.  Mr. Muria-Palacios has been compliant with all release conditions so far, including the COVID-19 procedures specified in conditions #12 - #14, and condition #15, his curfew of 10:00 p.m. to 6:00 a.m.  Mr. Muria-Palacios now requests that Conditions #12 - #15 be dropped from the conditions of release.

All other conditions will remain in place. Pretrial Services officer Darryl Walker has no objections to this amendment.

Dated: August 18, 2021

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Douglas Beevers*
    DOUGLAS BEEVERS
    Assistant Federal Defender
    Attorney for Defendant
    JUAN MURIA-PALACIOS

Dated: August 18, 2021

    PHILLIP A. TALBERT
    Acting United States Attorney

    */s/ Samuel Stefanki*
    SAMUEL STEFANKI
    Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

Dated: August 18, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE