PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00023-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING PRETRIAL MOTIONS AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JUAN ALBERTO MURIA-PALACIOS, | |
| Defendant. | DATE: September 14, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Juan Alberto Muria-Palacios, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 14, 2021.

2. By this stipulation, the defendant now moves to set a pretrial motion briefing schedule and continue the status conference until February 1, 2022, and to exclude time between September 14, 2021, and February 1, 2022, under Local Code T4.

3. The parties agree and stipulate to the following deadlines for resolution of pretrial motions, and request that the Court adopt the following pretrial motion briefing schedule:

   a) The defendant shall file any pretrial motions under Rule 12 of the Federal Rules of Criminal Procedure on or before November 29, 2021.

    b)  The government shall file any briefs in opposition to such motions on or before January 10, 2022.

    c)  The defendant shall file any reply briefs on or before January 17, 2022.

4.  The parties further agree and stipulate, and request that the Court find the following:

    a)  The government has previously produced to defense counsel discovery associated with this case that includes over 400 pages of documents, as well as audio files.

    b)  Counsel for the defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charges and potential defenses, review discovery, prepare pretrial motions, and otherwise prepare for trial.  Counsel for the defendant is actively exploring potential trial defenses and drafting pretrial motions, both of which require substantial legal and factual research.

    c)  Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)  The government does not object to the continuance.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 14, 2021, to February 1, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 9, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: September 9, 2021

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
JUAN ALBERTO MURIA-PALACIOS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 10, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE