PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00023-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JUAN ALBERTO MURIA-PALACIOS, | DATE: March 22, 2022 TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Juan Alberto Muria-Palacios, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was set for status on March 22, 2022.

2. By this stipulation, the defendant moves to continue the status conference until August 23, 2022, at 9:30 a.m., and to exclude time between March 22, 2022, and August 23, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 480 pages of documents and other materials. All of this discovery has been produced directly to counsel.

   b) Counsel for the defendant desires additional time to conduct investigation and research related to the charges, to review and copy discovery, to discuss potential resolutions

with his client, and to prepare additional pretrial motions.  Counsel for the defendant is also exploring potential trial defenses, which requires substantial factual and legal research and which has been hindered by travel and distancing restrictions caused by the COVID-19 pandemic.

        c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 22, 2022, to August 23, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 15, 2022                        PHILLIP A. TALBERT
                                                     United States Attorney

                                                     /s/ SAM STEFANKI
                                                     SAM STEFANKI
                                                     Assistant United States Attorney

Dated:  March 15, 2022                        /s/ DOUGLAS BEEVERS
                                                   DOUGLAS BEEVERS
                                                   Counsel for Defendant
                                                   JUAN ALBERTO MURIA-PALACIOS

**ORDER**

IT IS SO FOUND AND ORDERED this 16th day of March, 2022.

/s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE