PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ALBERTO MURIA-PALACIOS,<br><br>Defendant. | CASE NO. 2:21-CR-00023-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 23, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Juan Alberto Muria-Palacios, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was set for status on August 23, 2022.

2. By this stipulation, the defendant moves to continue the status conference until October 4, 2022, at 9:30 a.m., and to exclude time between August 23, 2022, and October 4, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 480 pages of documents and other materials. All of this discovery has been produced directly to counsel.

   b) Counsel for the defendant desires additional time to conduct investigation and

research related to the charges, to review and copy discovery, to discuss potential resolutions with his client, and to prepare for trial.  Counsel for the defendant is also exploring potential trial defenses, which requires substantial research which was delayed by the COVID-19 pandemic.

        c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 23, 2022, to October 4, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 17, 2022                                      PHILLIP A. TALBERT
                                                                     United States Attorney

                                                                     /s/ SAM STEFANKI
                                                                     SAM STEFANKI
                                                                     Assistant United States Attorney

Dated:  August 17, 2022                                        /s/ DOUGLAS BEEVERS
                                                                     DOUGLAS BEEVERS
                                                                     Counsel for Defendant
                                                                     JUAN ALBERTO MURIA-PALACIOS

## ORDER

IT IS SO FOUND AND ORDERED this 18th day of August, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE