PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-00023-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JUAN ALBERTO MURIA-PALACIOS, | DATE: October 4, 2022 TIME: 9:30 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Juan Alberto Muria-Palacios, by and through his counsel of record, stipulate as follows:

1.      By previous order, this matter was set for status on October 4, 2022.

2.      By this stipulation, the defendant moves to continue the status conference until November 8, 2022, at 9:00 a.m., and to exclude time between October 4, 2022, and November 8, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 480 pages of documents and other materials.  All of this discovery has been produced directly to counsel.

///

b)     Counsel for the defendant desires additional time to conduct investigation and research related to the charges, to review and copy discovery, to discuss potential resolutions with his client, and to prepare for trial.  Counsel for the defendant is also exploring potential trial defenses, which requires substantial research which was delayed by the COVID-19 pandemic.

c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 4, 2022, to November 8, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4

5    IT IS SO STIPULATED.

6

7  Dated:  September 30, 2022                          PHILLIP A. TALBERT
                                                       United States Attorney
8

9                                                      /s/ SAM STEFANKI
                                                       SAM STEFANKI
10                                                     Assistant United States Attorney

11

12  Dated:  September 30, 2022                         /s/ DOUGLAS BEEVERS
                                                       DOUGLAS BEEVERS
13                                                     Counsel for Defendant
                                                       JUAN ALBERTO MURIA-PALACIOS
14

15

16

17                                            **ORDER**

18    IT IS SO FOUND AND ORDERED this 30th day of September, 2022.

19

20                                                     /s/ John A. Mendez

21                                                     THE HONORABLE JOHN A. MENDEZ
                                                       SENIOR UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME        3
PERIODS UNDER SPEEDY TRIAL ACT