PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
SAM STEFANKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-00023-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JUAN ALBERTO MURIA-PALACIOS, | DATE: March 21, 2023 TIME: 9:00 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Juan Alberto Muria-Palacios, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a trial confirmation hearing on March 21, 2023, and for a jury trial on May 8, 2023.

2.      By this stipulation, the defendant now move to **continue** the **trial confirmation hearing** until **August 22, 2023**, **9:00 a.m.,** to **continue** the **trial** until **September 25, 2023, at 9:00 a.m.,** and to exclude time between March 21, 2023, and September 25, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      On February 10, 2021, and on July 20, 2021, the government has produced approximately 500 pages in discovery associated with this case, which includes documents, as

well as pictures and audio files.

b) Counsel for the defendant desires additional time to review and analyze this discovery, discuss proposed resolutions with his client, explore potential defenses, and otherwise prepare for trial.

c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 21, 2023, to September 25, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4

5    IT IS SO STIPULATED.

6

7  Dated:  March 9, 2023                                    PHILLIP A. TALBERT
                                                            United States Attorney
8

9                                                           /s/ ELLIOT C. WONG
                                                            ELLIOT C. WONG
10                                                          Assistant United States Attorney

11

12  Dated:  March 9, 2023                                  /s/ DOUGLAS BEEVERS
                                                            DOUGLAS BEEVERS
13                                                          Counsel for Defendant
                                                            JUAN ALBERTO MURIA-PALACIOS
14

15

16

17

18                                        **ORDER**

19    IT IS SO FOUND AND ORDERED.

20

21  Dated: March 9, 2023                                   /s/ John A. Mendez
                                                            THE HONORABLE JOHN A. MENDEZ
22                                                          SENIOR UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28