PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
ELLIOT WONG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ALBERTO MURIA-PALACIOS,<br><br>Defendant. | CASE NO.  2:21-cr-00023-JAM<br><br>**STIPULATION REGARDING TRIAL SCHEDULE; ORDER**<br><br>DATE: August 22, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Juan Alberto Muria-Palacios, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was set for trial on September 25, 2023, with a trial confirmation hearing set for August 22, 2023.

2. The Court is no longer available for the previously scheduled Trial Confirmation Hearing on August 22.

3. By this stipulation, the parties jointly move to reset the trial confirmation hearing for August 29, 2023, and to set the following schedule for pretrial motions:

　　a) Any motions *in limine* shall be filed on or before August 29, 2023;

　　b) Oppositions to any such motions *in limine* shall be filed on or before September 5, 2023;

1

    c) Replies to any oppositions to motions *in limine* shall be filed on or before September 8, 2023;

    d) A hearing on motions *in limine* shall be set for September 12, 2023, at 9:30 a.m. in Courtroom 6.

  IT IS SO STIPULATED.

Dated:  August 14, 2023         PHILLIP A. TALBERT
                  United States Attorney

                  /s/ SAM STEFANKI
                  SAM STEFANKI
                  ELLIOT WONG
                  Assistant United States Attorneys

Dated:  August 14, 2023         /s/ DOUGLAS BEEVERS
                  DOUGLAS BEEVERS
                  Counsel for Defendant
                  JUAN ALBERTO MURIA-PALACIOS

### ORDER RESETTING TRIAL CONFIRMATION HEARING

Based on the stipulation of the parties the trial confirmation hearing is **RESET** for **August 29, 2023, at 09:00 a.m**.  The filing of any motions in limine, the briefing deadlines, and the hearing on such motions will be discussed at the trial confirmation hearing.

  **IT IS SO ORDERED**.

Dated: August 14, 2023         /s/ John A. Mendez
                  THE HONORABLE JOHN A. MENDEZ
                  SENIOR UNITED STATES DISTRICT JUDGE