HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
JUAN MURIA-PALACIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN MURIA-PALACIOS,<br><br>Defendant. | Case No. 2:21-cr-00023-JAM<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING AND BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Douglas Beevers, counsel for Mr. Muria-Palacios, that the sentencing hearing be **CONTINUED** until **February 27, 2024, at 09:00 a.m**. As grounds for the continuance, Defense counsel states that additional time was needed to conduct the pre-sentence interview due to Mr. Muria-Palacios being moved to Yuba City jail and an interpreter being needed for the interview. The interview is scheduled for Friday January 6, 2024. A pre-plea pre-sentence report was prepared in the case, but will need to be updated with the recent case history.

| | |
|---|---|
| 1 | Dated: January 4, 2024 |
| 2 |           HEATHER E. WILLIAMS<br>          Federal Defender |

Dated: January 4, 2024

      HEATHER E. WILLIAMS
      Federal Defender

      */s/ Douglas Beevers*
      DOUGLAS BEEVERS
      Assistant Federal Defender
      Attorney for Defendant
      JUAN MURIA-PALACIOS

Dated: January 4, 2024

      PHILLIP A. TALBERT
      Acting United States Attorney

      */s/ Samuel Stefanki*
      SAMUEL STEFANKI
      Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

Dated: January 04, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE